## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JESUS MORENO,

    Plaintiff,

v.                                                                               Civ. No. 1:22-cv-00345 MIS/JHR

DEVON ENERGY CORPORATION and
DEVON ENERGY PRODUCTION COMPANY L.P.,

    Defendants.

## ORDER OF REFERENCE

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), this matter is referred to Magistrate Judge Jerry H. Ritter to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of *Defendant Devon Energy Production Company, L.P.'s Rule 12(b)(6) Motion for Failure to State a Claim*, ECF No. 10. The Magistrate Judge will submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties will be given the opportunity to object to the proposed findings, analysis, and disposition as described in 28 U.S.C. § 636(b)(1). Objections must be filed within fourteen (14) days after being served with a copy of the proposed disposition.

                                                                             _____
                                                                             **MARGARET STRICKLAND**
                                                                             UNITED STATES DISTRICT JUDGE